IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

HOUA LAO,

    Petitioner,                     No. CIV S-08-3171 EFB P

    vs.

PEOPLE OF CALIFORNIA, et al.,

    Respondents.              <u>ORDER</u>

/

    Petitioner is a state prisoner without counsel seeking a writ of habeas corpus. *See* 28 U.S.C. § 2254. On March 19, 2009, petitioner requested an extension of time to file an amended petition for writ of habeas corpus. *See* Fed. R. Civ. P. 6(b).

    Good cause appearing, it is ORDERED that petitioner's March 19, 2009, request is granted and petitioner has 30 days from the date this order is served to file an amended petition for writ of habeas corpus.

DATED: March 26, 2009.

                                      EDMUND F. BRENNAN
                                      UNITED STATES MAGISTRATE JUDGE