IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

HOUA LAO,

    Petitioner,                    No. CIV S-08-3171 MCE EFB P

    vs.

FRANCISCO JACQUES, Warden,

    Respondent.             ORDER

_____/

    Petitioner is a state prisoner without counsel seeking a writ of habeas corpus. *See* 28 U.S.C. § 2254. On November 24, 2010, petitioner requested an extension of time to file a traverse. *See* Fed. R. Civ. P. 6(b).

    Good cause appearing, it is ORDERED that petitioner's November 24, 2010 request for extension of time is granted and petitioner has 30 days from the date this order is served to file a traverse.

DATED: December 6, 2010.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE